IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EBONE D. COAKLEY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION |
| : | FILE NO. 1:13-CV-3537-MHC-JSA |
| SERENITY PALLIATIVE AND : | |
| HOSPICE CARE OF HILLENDALE, : | |
| INC., SERENITY PALLIATIVE AND : | |
| HOSPICE CARE OF NORTHEAST : | |
| GEORGIA, INC., SERENITY : | |
| PALLIATIVE AND HOSPICE : | |
| CARE OF SAVANNAH, INC., : | |
| SERENITY PALLIATIVE AND : | |
| HOSPICE CARE OF VALDOSTA : | |
| INC., and PROVIDENCE HOSPICE, : | |
| INC. : | |
| : | |
| Defendants. : | |

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

**COMES NOW,** Plaintiff, Ebone D. Coakley, and requests that an oral argument be scheduled in connection with Defendants' Motion for Summary Judgment and Plaintiff's Objection to the Magistrate's Report and Recommendation.

Respectfully submitted this 15th day of January, 2016.

                    **MOORMAN PIESCHEL, LLC**

                    /s/ Nicholas J. Pieschel
                    Nicholas J. Pieschel
                    Georgia Bar No. 579660
                    Christopher G. Moorman
                    Georgia Bar No. 521490

                    *Attorneys for Plaintiff*

One Midtown Plaza
Suite 1205
1360 Peachtree Street, N.E.
Atlanta, Georgia 30309
o:  (404) 898-1240
f:  (404) 898-1241
njp@moormanpieschel.com
cgm@moormanpieschel.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EBONE D. COAKLEY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION |
| : | FILE NO. 1:13-CV-3537-MHC-JSA |
| SERENITY PALLIATIVE AND : | |
| HOSPICE CARE OF HILLENDALE, : | |
| INC., SERENITY PALLIATIVE AND : | |
| HOSPICE CARE OF NORTHEAST : | |
| GEORGIA, INC., SERENITY : | |
| PALLIATIVE AND HOSPICE : | |
| CARE OF SAVANNAH, INC., : | |
| SERENITY PALLIATIVE AND : | |
| HOSPICE CARE OF VALDOSTA : | |
| INC., and PROVIDENCE HOSPICE, : | |
| INC. : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this 15th day of January, 2016, electronically filed PLAINTIFF'S REQUEST FOR ORAL ARGUMENT with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys for the Defendants at the email addresses on file with the Court:

Charles R. Bridgers
Kevin D. Fitzpatrick, Jr.
DeLong Caldwell Bridgers & Fitzpatrick, LLC
3100 Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303

                                 **MOORMAN PIESCHEL, LLC**

                                 /s/ Nicholas J. Pieschel
                                 Nicholas J. Pieschel
                                 Georgia Bar No. 579660
                                 Christopher G. Moorman
                                 Georgia Bar No. 521490

                                 *Attorneys for Plaintiff*

One Midtown Plaza
Suite 1205
1360 Peachtree Street, N.E.
Atlanta, Georgia 30309
o:  (404) 898-1240
f:  (404) 898-1241
njp@moormanpieschel.com
cgm@moormanpieschel.com