IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EBONE D. COAKLEY,<br><br>　　　　Plaintiff,<br>　vs.<br><br>SERENITY PALLIATIVE AND HOSPICE CARE OF HILLENDALE, INC. et al.,<br><br>　　　　Defendants. | Civil Action No. 1:13-CV-3537-MHC |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR HEARING

Defendants Serenity Palliative and Hospice Care of Hillendale, Inc., Serenity Palliative and Hospice Care of Northeast Georgia, Inc., Serenity Palliative and Hospice Care of Savannah, Inc., Serenity Palliative and Hospice Care of Valdosta Inc., and Providence Hospice, Inc., hereby respond in opposition to Plaintiff's Motion for Hearing [Dkt. 99], showing the Court as follows:

### I.  STATEMENT OF THE CASE

This is a Title VII and FMLA action. [Dkt. 1] On December 28, 2015, Magistrate Judge Anand issued a Final Report and Recommendation [Dkt. 96] recommending that Defendants' Motion for Summary Judgment [Dkt. 79] be granted. On January 11, 2016, Plaintiff filed her Objections to the R&R. [Dkt. 98].

1

On January 15, 2016, Plaintiff filed her Motion for Hearing. [Dkt. 99]. Therein, she seeks to conduct oral argument in relation to Defendants' Motion for Summary Judgment and her Objections to the R&R. For the reasons set forth below, Defendants oppose Plaintiff's request for oral argument.

## II.  ARGUMENT

Section II(H) of this Court's Standing Order,[1] provides that, "[i]n accordance with the LR, motions are usually decided without oral argument, but the Court will consider any request for hearing if the party or parties requesting oral argument specify the particular reasons argument may be helpful to the Court and what issues will be the focus of the proposed argument." Plaintiff's Motion for Hearing however, consists of a single paragraph [Dkt. 99] In it Plaintiff made no showing as to why oral argument is necessary in this case, or even why it would be helpful.

Plaintiff's Motion fails to comply with the Court's Standing Order. It neither specifies the particular reasons oral argument might be helpful, nor identifies the issues comprising the focus of the oral argument she has proposed. These failures are fatal to Plaintiff's Motion.

Defendants further object to Plaintiff's Motion on substantive grounds. The R&R does not implicate any complex legal issues. Its factual findings are amply

---

[1] http://www.gand.uscourts.gov/sites/default/files/MHC_Standing_Order.pdf.

supported by the record and provide multiple independent reasons why Plaintiff's claims fail as a matter of law. There are no issues that cannot be fully evaluated based on the record and the written arguments of counsel. Oral argument, therefore, would expend the Court's resources without providing a corresponding value.

### III.  CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court DENY Plaintiff's Motion for Hearing.

This 19th day of January 2016.

                          Respectfully submitted,

                          **DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN, LLC**

                          */s/ Kevin D. Fitzpatrick, Jr.*

3100 Centennial Tower         Charles R. Bridgers
101 Marietta Street, N.W.        Georgia Bar No. 080791
Atlanta, Georgia 30303          Kevin D. Fitzpatrick, Jr.
kevin.fitzpatrick@dcbflegal.com  Georgia Bar No. 262375
charlesbridgers@dcbflegal.com
O: 404-979-3150                 **COUNSEL FOR DEFENDANTS**
F: 404-979-3170

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **EBONE D. COAKLEY,**<br><br>　　**Plaintiff,**<br>vs.<br><br>**SERENITY PALLIATIVE AND HOSPICE CARE OF HILLENDALE, INC. et al.,**<br><br>　　**Defendants.** | Civil Action No. 1:13-CV-3537-MHC-JSA |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown above, I electronically filed the within and foregoing document using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

Dated: January 19, 2016.

　　　　　　　　　　　　　　　　　　　*/s/ Kevin D. Fitzpatrick, Jr.*
　　　　　　　　　　　　　　　　　　　Kevin D. Fitzpatrick, Jr.
　　　　　　　　　　　　　　　　　　　Georgia Bar No. 262375